# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**LAZERICK JONES**                                                                                     **PLAINTIFF**

v.                                          NO. 2:06CV00197 BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                                 **DEFENDANT**

## JUDGMENT

In accordance with the Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 31st day of October, 2007.


_____
UNITED STATES MAGISTRATE JUDGE